UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  SCHILLER R THOMAS<br>  JOYCE A THOMAS<br>                            Debtors | CASE NO: 05-45322<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055436**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 6 | HOMEQ SERVICING CORP<br>HOMEQ<br>PO BOX 24726<br>WEST PALM BCH, FL  33416-4726 | 2,201.80 |
| 10/ 14 | HOMEQ SERVICING CORP<br>HOMEQ<br>PO BOX 24726<br>WEST PALM BCH, FL  33416-4726 | 674.61 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service  05-45322

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| SCHILLER R THOMAS | JOYCE A THOMAS | JOHN C A JUERGENS |
| 628 PORTAGE PATH | 628 PROTAGE PATH | 1504 N LIMESTONE ST |
| SPRINGFIELD, OH  45506 | SPRINGFIELD, OH  45506 | SPRINGFIELD, OH  45503 |

(12.1n)  
CHASE AUTO FINANCE  
NATIONAL BANKRUPTCY DEPT  
201 N CENTRAL AVE AZ1-1191  
PHOENIX, AZ  85004

(6.1)  
HOMEQ SERVICING CORP  
HOMEQ  
PO BOX 24726  
WEST PALM BCH, FL  33416-4726

(17.1n)  
PRA RECEIVABLES MANAGEMENT LLC  
AGENT OF PORTFOLIO RECOVERY  
BOX 41067  
NORFOLK, VA  23541

(15.1n)  
RECOVERY MANAGEMENT SYSTEMS CO  
FOR PALISADES COLLECTION LLC  
25 SE 2ND AVENUE SUITE 1120  
MIAMI, FL  33131

(6.3)  
ROSICKI ROSICKI & ASSOCIATES  
51 E BETHPAGE ROAD  
PLAINVIEW, NY  11803

(16.1n)  
SST  
BOX 3999  
ST JOSEPH, MO  64503

(18.1n)  
THEODORE A KONSTANTINOPOULOS  
JAVITCH BLOCK RATHBONE  
1100 SUPERIOR AVE  19TH FL  
CLEVELAND, OH  44114

Jeffrey M. Kellner BY  ___/s/ Jeffrey M. Kellner_____  sv